11-92 r-01 (JGM)

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the
### District of Connecticut

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) )  Case No. 3:18mj59 (JGM) |
| | ) |
| The entirety of the premises located at 100 Grist Mill Road in Simsbury, Connecticut, and more particularly described in Attachment B | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Connecticut _____
*(identify the person or describe the property to be searched and give its location)*:
The entirety of the premises located at 100 Grist Mill Road in Simsbury, Connecticut, and more particularly described in Attachment B

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment D

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___6/4/11___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Joan G. Margolis _____.
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/25/11, 12:45 p          /s/ Judge Joan G. Margolis
                                                                  *Judge's signature*

City and state:  New Haven, CT                    Joan G. Margolis
                                                                  *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>25-703H-0002-14 | Date and time warrant executed:<br>5-26-11        10:00AM | Copy of warrant and inventory left with:<br>Donna Wayne |
| Inventory made in the presence of :<br>Special Agent Mona Sterlacci | | |
| Inventory of the property taken and name of any person(s) seized:<br><br><br>See attached | | |

2018 JAN 22 P 12: 08
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:  5-27-11          _____<br>Executing officer's signature<br><br>Vincent F. Gilbey   Special Agent<br>Printed name and title |

## ATTACHMENT B

## PLACE TO BE SEARCHED

**100 Grist Mill Road**
**Simsbury, Connecticut**

The entire premises of the office property located at 100 Grist Mill Road, Stamford, Connecticut. 100 Grist Mill Road is a large, single story office building. The lower portion of the building consists of red brick and window, while the upper portion consists of horizontal gray siding.  The property is accessed by a short driveway off of Grist Mill Road. At the bottom of the driveway is a red brick structure with a sign attached to it that says, "100 GRIST MILL ROAD." At the top of the driveway, as you approach the parking lot, is a wooden sign that reads, "DIRECTORY, ENTRANCE 1, BENISTAR." There is no signage on the exterior of the building itself. A photograph of the office building is attached as Exhibit 2

EXHIBIT 2

PHOTOGRAPH OF SUBJECT OFFICE B,
100 GRIST MILL ROAD, SIMSBURY, CONNECTICUT



## ATTACHMENT D

## DESCRIPTION OF ITEMS TO BE SEIZED

For the period of 2006 through the present, all of the following items or records, whether in paper, electronic or other form, relating to Daniel Carpenter, Jack E. Robinson, Donald Trudeau, J. Edward Waesche, Wayne Bursey, Charles Induddi Westcott, Robert Pacini, Andrew Varner, Paul E. Martin, Grist Mill Capital, LLC, Grist Mill Holdings, LLC, Benefit Plan Advisors, LLC, TPG Group, Inc., Caroline Financial Group, Nova Group, Avon Capital, LLC, the Charter Oak Trust Welfare Benefit Plan, the Charter Oak Trust, and the Charter Oak Trust 2009:

a.    All books and records, including all general ledgers, cash receipts journals, cash disbursement journals, petty cash journals, bank statements, passbooks, cancelled checks, check stubs or registers, deposit tickets, deposit receipts, cashier's checks, money orders, wire transfer documents, invoices, written estimates, receipts, billing statements, contracts, agreements, customer ledger cards, purchases journals, advance payment ledgers, accounts payable ledgers, accounts receivable ledgers, correspondence, memoranda and documents;

b.    any and all IRS forms and/or U.S. Treasury forms to include Annual Return/Report of Employee Benefit Plan Form 5500, Federal income tax returns, partnership returns, payroll tax returns, Forms W-2, and Forms 1099;

c.    copies of federal and state income tax returns, including amended federal and state tax returns, as well as any and all records used in, or resulting from, the preparation of federal and state income tax returns;

d.    records of income and expenses, such as profit and loss statements, financial statements, balance sheets and income and expense journals;

e.    records involving payments from employers, or from any source, into the Charter Oak Trust or Charter Oak Trust 2009;

f.    records associated with all insurance policies that were owned at any time by the Charter Oak Trust, whether or not they were subsequently transferred;

g.    records involving loans, lines of credit, payments, settlement agreements or any financial transactions from Ridgewood Finance, Inc. and/or Ridgewood Finance II, LLC to any of the above entities or related businesses;

h.    correspondence between Waesche, Robinson, Carpenter, Bursey, Westcott, Pacini, and/or Trudeau and/or any other business entities or individuals regarding all payments, debts, withdrawals, loans, new policies, transfers of policies, or other activity involving the Charter Oak Trust or Charter Oak Trust 2009 (whether in paper or electronic format and stored on any computers or computer networks or servers), such as letters, memoranda, emails, mailings, and envelopes.;

i.    all records in whatever form of transfers of ownership of insurance policies;

j.    bank records, including but not limited to cancelled checks, cashier's checks, money orders, statements, deposit tickets, and withdrawal;

k.    bank loan records, including but not limited to loan applications and loan agreements, notes, certificates of deposit, payment records, mortgage statements, mortgage applications, broker accounts, notes receivable, notes payable, stock certificates, account statements, interest and dividend reports, and account activity reports;

l.    documents regarding debts owed and monies due from any of the above-mentioned entities or persons, including bills, foreclosure notices, and past due statements;

m.    documents and records relating to Charter Oak Trust's relationship with any of the above-mentioned entities or persons, including Trust Agreements, Plan Documents, Adoption Agreements, Insurance Policies, Invoices, Payments, Commission Reports, Loan requests, Contracts, and Complaints;

n.    documents and records relating to Charter Oak Trust 2009's relationship with any of the above-mentioned entities or persons, including Trust Agreements, Plan Documents, Adoption Agreements, Insurance Policies, Invoices, Payments, Commission Reports, Loan requests, Contracts, and Complaints;

o.    records, in whatever form, of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes, books, diaries and reference materials;

p.    records, in whatever form, pertaining to accounts held with Internet Service Providers or of Internet use;

q.    In order to search for the items described above that may be maintained in electronic media, law enforcement personnel are authorized to search, copy, image and seize the following items for off site review:

i.    Any computer equipment and storage device capable of being used to commit further, or store evidence of the offenses listed above;

ii.     Any computer equipment used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices and optical scanners;

iii.     Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

iv.     Any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software;

v.     Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched;

vi.     Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data;

vii.     Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data; and

viii.     Files, records, programs, logs, electronic communications, scanning programs, financial records, hacking software and router configuration software.

NOTE: As used above, the terms records, documents, programs, applications or materials include records, documents, programs, applications or materials created, modified or stored in any form, including electronic media;

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _Z_ / ____

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: _____

Agent (s): MIKULKA + Hamilton

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Various Computers as described below Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Images of the following computers taken pursuant to the warrant:

1. - DELL OPTIPLEX 745 : Tag # FQ46LC1

2. - DELL OPTIPLEX GX280 : Tag# GG7ZS51

3. - DELL OPTIPLEX 745 : Tag# CQ46LC1

4. - DELL OPTIPLEX GX-520 : Tag# 9KW1ØB1

5. - IBM CLONE - no serial #.

6. - DELL LATITUDE E4310 - Tag #: HBXY3Q1

7. - DELL OPTIPLEX GX520 : Tag#: 4DJF691

8. - DELL SERVER PE 2900 : SERIAL #: 7YTNQB1 (Server #3)

9. - Power Edge 2600 : Serial #: 722PB51 (Server #2)

10. - Power Edge T610 : Serial #: CBWWSK1 (Server #1)

11. - SanDisk 16GB - serial # SDCZ4Ø - Ø16G.

12. - DELL OPTIPLEX GX520 : Tag#: 424PL91

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

 

# SEARCH WARRANT INVENTORY

Position/Box.: **D4** / _____

Subject Name: CHARTER OAK TRUST

Date: MAY 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent(s): SA CHUI / SA Mikulka.

Case No. 25-703H-0002-LC-J

Safe: _____ Cabinet: ✔ _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Various folders of individuals from drawer label: CHARTER OAK TRUST
PRE-REVIEW FILES BUSINESS NOT YET TAKEN (BOX 1 OF 2)

S/A CHUI

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                 Yellow - Inspector (Attach to PS 714)
                 Pink - Subject Searched
                 Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations

 

# SEARCH WARRANT INVENTORY

Position/Box.: **DA** / ___

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent (s): SA CHUI / SA Mibuika.

Case No. 25-703H-0002-LCT

Safe: _____   Cabinet: ✓   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: ____

## DESCRIPTION OF ITEMS

Various file folders of individuals from drawer label: CHARTER OAK TRUST PRE-REVIEW FILES BUSINESS NOT YET TAKEN (BOX 2 OF 2) —

*SA CHUI*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: __D4__ / ____

Subject Name: CHARTER OAK TRUST                     Date: May 26th, 2011

Subject Address: 100 ~~MILL~~ GRIST MILL ROAD, SIMSBURY, CT      Floor / Room No.: __1__

Agent (s): SA CHUI / SA Mikulka.                    Case No. 25-7034-0602-LCJ

Safe: _____   Cabinet: ✓   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: ____

| DESCRIPTION OF ITEMS |
| --- |
| Individually named folders containing life insurance policy information |
| ————————— (Box 1 of 2) ————————— |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  SA CHUI |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

DISTRIBUTION OF COPIES:   White -   U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -    Subject Searched
                          Green -   Evidence Custodian

Page        of        pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box: __DA__ / _____

Subject Name: __CHARTER OAK TRUST__    Date: __May 26th, 2011__

Subject Address: __100 GRIST MILL ROAD, SIMSBURY, CT__    Floor/Room No.: __1__

Agent(s): __SA CHUI / SA Mikulka__    Case No. __25-703H-0002-LC-J__

Safe: _____    Cabinet: __✓__    Credenza: _____    Desk: _____    Drawer: _____

Other: _____    Shelf: _____    Table: _____    Wall: _____

### DESCRIPTION OF ITEMS

Individual file folders containing insurance policy information ——

————— (Box 2 of 2) —————

SA CHUI

DISTRIBUTION OF COPIES: White -   U.S. Magistrate (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page ____ of ____ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: _____

Subject Name: _CHARTER OAK_

Date: _5/26/11_

Subject Address: _100 Grist Mill, Simsbury CT_

Floor/Room No.: _D 8 a_

Agent (s): _SA Wodard_

Case No. _25-7034-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: ___✓___ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Correspondence ᵀᴼ/ꜰʀᴼᴹ Nova Group, Grist Mill Trust 2010

Correspondence ᵀᴼ/ꜰʀᴼᴹ Kathy Kehoe Re: Nova + Grist Mill

List of Carriers + Brokers, Penn Mutual Scorecard

File: Mike Procaccini

File: Hackart Chiropractic

File: Three Strands

File: College Tuitions

File: Gripper Gasket Co.

File: T&T Construction

Client Printouts w/ Insurance policy Attachments

File: Cash Values + Illustration on order

File: KC Cross Investors Annuities Prethal Surrender

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
 and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: D3  /____

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent (s): SA CHUI / SA MikulKA

Case No. 25-703H-0002-LCJ

Safe: _____   Cabinet: ✓   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

Folders and binders containing Insurance information for various individuals (Box 1 of 2) ——————————

SA CHUI

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -   Inspector (Attach to PS 714)
                        Pink -   Subject Searched
                        Green -   Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __D3__ / __7__

Subject Name: __CHARTER OAK TRUST__   Date: __5/26/2011__

Subject Address: __100 GRIST MILL RD, SIMSBURY, CT__   Floor/Room No.: __1__

Agent (s): __SA CHUI / SA Mikulka__   Case No. __25-703H-0002-LCJ__

Safe: _____   Cabinet: __✓__   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

Folders containing insurance information for various individuals
— (Box 2 of 2) —

*SA CHUI.*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




## SEARCH WARRANT INVENTORY

Position/Box.: _J1_ / __

Subject Name: _Charter Oak_

Date: _5/20/11_

Subject Address: _100 6nst Mill Rd, Simsbury CT_

Floor/Room No.: _J-1_

Agent (s): _Timothy M. Cursi_

Case No: _25-7034-0002 LCJ_

Safe: _____  (Cabinet: _____)  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

① Ron Lanza email and correspondence.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



# SEARCH WARRANT INVENTORY

Position/Box: DA ___ / ___

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent (s): SA CHUI / SA Mikulka

Case No. 25-703H-0042-LC-J

Safe: _____ Cabinet: ✓ _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

## DESCRIPTION OF ITEMS

Folders for individuals from a drawer label: GRIST MILL CAPITAL
Containing Life Insurance Policies —

SA Chui

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                                        Yellow -  Inspector (Attach to PS 714)
                                        Pink -    Subject Searched
                                        Green -   Evidence Custodian

Page ___ of ___ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box: J 10 B  /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J-10-B

Agent (s): Timothy M. Cirsi

Case No.

Safe: ____  Cabinet: Lower  Credenza: ____  Desk: ____  Drawer: ____

✓ Other: Cubicle   Shelf: ____  Table: ____  Wall: ____

### DESCRIPTION OF ITEMS

(1) Box of Bank Records   2006 - 2009

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



(11)

## SEARCH WARRANT INVENTORY

Position/Box: **D9A /**

Subject Name: *Charter Oak Trust*          Date: **5/26/11**

Subject Address: *100 Grist Mill Rd  Simsbury, CT*    Floor/Room No.: **D 9-a**

Agent (s): *Nesbitt*                      Case No.: **25-703 H-0002-16**

Safe: _____  Cabinet: **X** _____  Credenza: _____    Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

- Phoenix letter head dated 1/8/10 to Charter Oak Trust (Sol Kreulin)
- Various Charter Oak Files
- Summary of Contract Info
- Grist Mill Trust   Certificate of Coverage

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _G3_  /____

Subject Name: _Charter Oak Trust_     Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT 06070_     Floor/Room No.: _G3_

Agent(s): _Nesbitt_     Case No. _25-203H-0022-LC-T_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _X_  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

- File Folder Labled "Charter Oak Trust Plan Doc"

- File Folder marked "Grist Mill"

- ~~This~~ Folder marked Tesserra inside contains Grist Mill Trust Welfare Benefit Plan Trust

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                         Yellow - Inspector (Attach to PS 714)
                         Pink - Subject Searched
                         Green - Evidence Custodian

Page _1_ of _1_ pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _Charter Oak Trust_          Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT 06070_     Floor/Room No.: _G4_

Agent (s): _Nesbitt_          Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _0_ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| * - Spread Sheet "Charter Oak Trust" dated 8/31/10   4 Pages |
| * - List "Charter Oak Universe" at 11/11/2010   2 Pages |
| - Folder Marked Ridgewood Settlement . |
| - Spiral Notebook w/ Nova Paperwork inside of it . |
| - email Printed |
| - |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: 65 /___

Subject Name: Charter Oak Trust                    Date: May 26, 2011

Subject Address: 100 Grist Mill Road, Simsbury, CT 06070    Floor/Room No.: G5

Agent (s): Nesbitt                                 Case No. 25-7034-0002-LC-J

Safe: _____ Cabinet: _____ Credenza: _____ Desk: O   Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

* American National Insurance Company, Penn Mutual, Lincoln, Phoenix Charter Oak insured

* Collateral Transfer Agreement for insured individuals

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _K1_ / _____

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: _K1_

Agent (s): _Timothy Corsi - EBSA_

Case No._25-703H-0002-LCJ_

| Safe: _____ | Cabinet: _____ | Credenza: _____ | Desk: _____ | Drawer: _____ |
|---|---|---|---|---|
| Other: _____ | | Shelf: ✓ | Table: _____ | Wall: _____ |

### DESCRIPTION OF ITEMS

1. Income Tax Return - Daniel Carpenter 2008 - And TI)
Bank Personal Financial Statements
2. Phoenix V. Charter Oak - Related materials

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(13)



# SEARCH WARRANT INVENTORY

Position/Box.: _K2___ / ___

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: _K2_

Agent (s): _Jeffrey Chung_

Case No. _25-703H-0002-HCJ_

| Safe: _____ | Cabinet: _____ | Credenza: _____ | Desk: _____ | Drawer: ___ |
|---|---|---|---|---|
| Other: _____ | | Shelf: ✓ | Table: _____ | Wall: _____ |

## DESCRIPTION OF ITEMS

① Carbon copy of check made out to Wayne Bursey (R: Nova Group Inc

② Manila folder w/ Grist Mill Capital LLC documents - Grist Fund Inc

③ manila folder w/ Grist Mill Cap for LLC docs (R: Tobacco Mart Inc.

④ Box on ground in front of Bookcase - Charter Indvdl. Warrant Policies for indiv. dvnls

⑤ Box on ground labeled  Charter Indvdl. Non-Trust specific. Nc res + Indiv. dvnl Policy Info

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(13)



## SEARCH WARRANT INVENTORY

Position/Box.: **K 5** /____

Subject Name: *Charter Oak*                Date: **5/26/11**

Subject Address: 100 Grist Mill Rd, Simsbury CT    Floor/Room No.: 25-703H-0002

Agent (s): Timothy M. Corsi - SBSA         Case No. **K-5**

Safe: _____ Cabinet: _____ Credenza: _____ ☑ Desk: _____ ☑ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| 1. 10/22/10 Banking Records - Many Companies |
| 2. Manila folders w/ Grist Mill Capital loans to Dodge of Paramus - 5 folders |
| ③ Charter Oak Trust w/o transfer info - 1 folder |
| 4. Bank of America acct info for Various LLC including Avon Capital, Grist Mill Capital 1 folder June 2009 |
| 5. Nova Group Letters, policy roster lists (2) - 1 folder |
| 6. Ridgewood Finance letter + spreadsheets |
| 7. Charter Oak Trust Policy Purchase Info + Charter Oak Trust loan Balance |
| 8. TD Bank Numbers - includes Nova Group |
| 9. Dan Carpenter Bank of America statement 6-18-09 through 7/20/09 |
| 10. Dan Carpenter Homeowner's policy |
| 11. Bank of America acct info May 2009 |
| 12. Avon Capital, LLC "Rainbow Plan" program |
| 13. TD Bank Balances as of 10/9/09 includes Nova Group |
| 14. Dan Carpenter life insurance loan payments - 2 envelopes |
| 15. Teresa Martinez Records - Charter Oak Trust |
| 16. Patricia Biermaier Records Charter Oak Trust |
| 17. Dr. Steven Rise Records |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to P5 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

*13*



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: **K6** 1

Subject Name: **Charter Oak**

Date: **5/26/11**

Subject Address: **100 Grist Mill Rd, Simsbury CT**

Floor/Room No.: **K-6**

Agent (s): **Timothy M. Corsi - ELSSA**

Case No. **05-703H-0002-LCJ**

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___

Other: **FLOOR NEAR SHELF** Shelf: ✓ Table: ___ Wall: ___

## DESCRIPTION OF ITEMS

1. TD Bank Statements for Daniel Carpenter

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

(14)



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak Trust_           Date: _5/26/11_

Subject Address: _100 Grist Mill Rd. Simsbury, CT 06070_  Floor/Room No.: _D 9a_

Agent (s): _Nesbitt_           Case No. _25-703H-0002-LCT_

Safe: _____  Cabinet: _8_  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

- Various Charter Oak Trust Files (insured)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _J2__  1___

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J2

Agent (s): Jeffrey Chiang

Case No. 05-703H-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

① Folder - Benefit Plan Advisors, LLC from Ron Lenza top of desk

② TPG Group Inc. compensation summary ended 4/1/10 right hand drawer

③ Benefit Plan Advisors, LLC folder Re: Marvin Corrin bottom corner (right hand) funny desk

④ Ron Corrin e-mail to Corpenter Re Marvin Corrin bottom (right hand) drawer "    "

⑤ Phoenix Life Insurance Illustration Re: Marvin Corrin prepared by Arnold Trudeau bottom drawer

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page    of    pages

(15)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _J7_ / _____

Subject Name: ~~Eric~~ Charter Oak          Date: _5/26/11_

Subject Address: 100 Grist Mill Rd, Simsbury CT          Floor/Room No.: _J7_

Agent (s): Philip Tanner          Case No. 25-703H-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _J-7_  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| Nova Benefit Plans Brochure |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Subject Name: _Charter Oak_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Agent (s): _Timothy M. Corsi - EBSA_

Position/Box: _JB     /_

Date: _5/26/11_

Floor/Room No.: _J-8_

Case No. _25-7034-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

X Other: _Cubicle_  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

(1) Charter Oak Trust 2008 Roster

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box: J-10A /____

Subject Name: _Charter Oak_

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No. ~~J10088~~ J10-A

Agent (s): Timothy M. Gigi - EBSA

Case No. 25-703H-0002-LCJ

Safe: _____   Cabinet: _____ ✓   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: Above Cabinet   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

① Hurmitz - Policy # Information

DISTRIBUTION OF COPIES:   White -   U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -    Subject Searched
                          Green -   Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
 and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: J10B/____

Subject Name: Charter Oak          Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT   Floor/Room No.: J-10-B

Agent (s): Timothy M. Corsi          Case No.: 25-7034-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: Vehicle Desktop     Shelf: _____  Table: _____  Wall: ____

### DESCRIPTION OF ITEMS

1. Grist Mill Capital Comissions
2. Avon Capital - Waldman
3. Charter Oak - James Bennett Policy
4. Avon Capital - Wyoming
5. Charter Oak Releases
6. Avon Capital Payroll
7. Wayne Trustee Payments
8. CFG Loan to Avon Capital
9. Charter Oak Fees Ridgewood
10. Avon Capitals Policies
11. AC Payments
12. AC Numbers
13. AC
14. Bank Balances
15. TD Bank Accounts
16. TD Bank Accounts
17. TD Account Closings

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

(16)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: __D9A__ / __

Subject Name: __Charter Oak Trust__        Date: __5/26/11__

Subject Address: __100 Grist Mill Rd. Simsbury, CT__   Floor/Room No.: __D-9(a)__

Agent (s): __Nesbitt__        Case No. __25-703H-0002-L-c-J__

Safe: _____  Cabinet: __X__   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

- Various Charter Oak Trust insured files

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
              Yellow -  Inspector (Attach to PS 714)
              Pink -    Subject Searched
              Green -   Evidence Custodian

Page __1__ of __1__ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __L7__ /____

Subject Name: _Charter Oak_

Date: __5-26-11__

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: __L-7__

Agent (s): _____

Case No. _25-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _WALL  FLOOR_  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| ① Caroline Financial Group, Inc.   1/31/07   Financial Statements |
| ② Gristmill holdings LLC   2003-2008   Income Tax Return |

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _Charter Oak_     Date: 5/26/11

Subject Address: _____     Floor / Room No.: _____

Agent (s): _Cheri Garcia_     Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: L5 Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

Folder - Bank Numbers
Avon Ins. Trust     2
Line of Credit note                                        $mill
Line of Credit  Av                                         xwood
UCC Filings  Nova.
Email re: Nova Plan +
Nova Advisor's Guide
Draft Letter re: C
Manila Folder - Cert. of                                   ial Group
Email - Pinkham cor
Loose papers w/ Acc
Manila Folder Kida
Manila Folder Retai                                        Idycorp
Manila Folder TD P
TD Bank envelops + list of accts
Letter to Avon Capital 4/10 from Clermont Capital
Charter Oak trust - list of insured w/ effec dates, amts, etc
Email from Webster Bank to Rossi w/ accts 13 bro
Manila Folder "TD Acct Closing"

*(handwritten vertical note: found after princess review - complete - original)*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

(17)   L5   2of 3

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ___

Subject Name: _Charter Oak_    Date: _5/26/11_

Subject Address: _____    Floor/Room No.: _____

Agent(s): _Cheri Garcia_    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _L5_ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

| |
|---|
| Manila folder "TD" |
| Manila folder – Adoption Agree. – Couperate Finanral |
| Manila folder – "TD" |
| Manila folder – Mr. C. Busey v Smith |
| Loose paper – "Mrs. Smiths Post-Hearing Brief |
| Grist Mill Trust – Amended + Restated (10/1/05) |
| Manila Charter Oak Trust Release Sash Spencer |
| 2 Ridgewood letters to Grist Mill Cap. |
| Sash Spencer Death + Lincoln Natl Policy Docs |
| COT Declaration of Trust 10/1/06 |
| Request for Advance-Line of Credit – Promissory Note |
| COT Sash Spencer docs – Agreemt 12/17/06 |
| Manila folder – Donna Marie Smith Claim for Benefits |
| Manila folder – Grist Mill Trust – Declard of Trust |
| (Smith Claim) |
| Manila folder – COT claim form |
| Manila folder – Grist Mill Capital Docs 7/7/09 |
| List of Accts + balance |
| Nova/COT civil action against Lincoln May 2009 |
| (Loose Pap) |
| Civil Actn – Donna Marie Smith   8 Pages |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched       Page ___ of ___ pages
Green - Evidence Custodian



(17)    25
        3 of 3

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _Charter Oak Trust_          Date: 5/26/11

Subject Address: _____    Floor/Room No.: _____

Agent (s): _Cheri Garcia_                 Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: L5 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

* Manila Folder - "Avon Capital" Funding Proposal + Freo Credit Report
Manila Folder - Charter Oak Trust
Manila Folder - Grist mill Capital
Manila Folder - Grist Mill Capital
Ridgewood - Amended Line of Credit 2-12-07
Manila Folder - Grist mill Trust - Terminate Fra
 Manila Folder Grist Mill Capital - Ridgewood Proposal
Loose paper - Avon Capital
Manila Cettle - Sasha Spacer
Manila Folder - Charter Oak Pay off
Manila Folder - Grist Mill Capital - Blank App + Forms explain
   "          Bank numbers 7/10/0
   "        "Portfolio of insureds w/ face value + Premium
   "        Grist mill Smith Arbitration
   "           "
   "        Grist Mill Trust Claim Fax
   "        Confidential Settlement Sash Spencer
Memo Waeshe to Carpents re: $ due + perform 3/27/07
Manilla Folder - 2008 Tax Return Carpenta

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(18)

## SEARCH WARRANT INVENTORY

Position/Box: __LO  1__

Subject Name: ~~Grosvenor~~ Charter Oak    Date: __5/26/11__

Subject Address: __100 Grist Mill Rd, Simsbury CT__    Floor/Room No.: __LO__

Agent (s): __Philip Tanner__    Case No.: __25-7034-0002-LCJ__

Safe: _____ Cabinet: _____ Credenza: _____ Desk: __L-2__ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS (1)

Arbitration Motion

Charter Oak Trust Agreement

Charter Oak Active Employers

Charter Oak spreadsheet

Charter Oak Trust Agreement

Tax returns Caroline Financial

Affidavit Jack E. Robinson

11/15/2010 letter

Lincoln Financial Group Document

List of affiliated cos

Notes concerning ownership/organization

12/7/10 Letter from Herrick

2/12/07 Credit Facility

Grist Mill Capital Benefit Financing for Marvin Carrin

1/15/07 letter to Charter Oak Trust

5/27/07 letter to Charter Oak Trust

9/28/07 letter to Robert Butterfield

Form 1120 for Caroline Financial

7/18/06 letter to J. Edward Waesche

(Cont'ed)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations

(18)



## SEARCH WARRANT INVENTORY

Position/Box: L2  /

Subject Name: ~~Worldwide~~ Charter Oak

Date: 5/26

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L2

Agent(s): Ph.lp Tanner

Case No. 25-703H-0002 LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: L-2  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS (2)

Christiana Bank Stmts for Charter Oak
Avon Capital General Ledger
Agreement to Transfer and Settlement of Claims
Avon Capital Cash Disbrements Ledger
Gristmill Capital Cash Receipts Journal
Transfers from Gristmill Capital to Avon Capital
4/18/07 Letter to Michael Antonello
Lyle Settlement Contract Documentation
Gristmill Holdings General Ledger
Gristmill Trust Making Documents
Caroline Financial Group Financial
Avon Capital Cash Disb Ledger

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -  Subject Searched
                        Green -  Evidence Custodian

Page ___ of ___ pages

(19)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: __L6__ / ___

Subject Name: ~~Rodenbeer~~ Charter Oak                Date: _5/26/11_

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: __L6__

Agent (s): _Philip Tanner_                Case No. _25-7034-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _L-6_  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

### DESCRIPTION OF ITEMS

Charter Oak spreadsheet
Charter Oak letter
Lincoln Nat'l statement
Phoenix statement

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -  Subject Searched
                        Green -  Evidence Custodian

Page      of      pages

(19)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __L3__  /

Subject Name: ~~Various~~ Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L3

Agent (s): Philip Tanner

Case No. 05-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: L-3 _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

Lincoln 419(e) acknowledgement

Phoenix Certification of Trust Agreement

Description of Benefit Funding for Charter Oak Trust

Motion to Dismiss complaint against Charter Oak Trust

Nova's objections to Universitas Adverse Inferences

Charter Oak Declaration of Trust

Pro Forma estimates Marvin Carrin

Avon Capital Financials

Gristmill Capital Financials

Gristmill Trust Funding Agreement

Complaint: Nova Group v Lincoln Nat'l

Univ v. Nova notes

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page ___ of ___ pages

(19)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: _____ / ____

Subject Name: _____   Date: _____

Subject Address: _____   Floor/Room No.: L 4

Agent (s): Jeffrey (Christ)   Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: ✓ Window shelf   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

① Letter from Capital Financial, LLC Re: Charter Oak Trust Plan Docs

② Spreadsheet Re: Schedule to line of Credit Avon Capital + Grist Mill Capital

③ Ridgewood Finance letter Re: Grist Mill Capital loan

④ Bank of America wire info on spreadsheet Oct 2008

⑤ Bank of America wire info/balances on spreadsheet March 2009

⑥ Grist Mill Capital accounting statements 2009, Grist Mill Capital policies + Avon Capital policy, Jack Spenser life insurance policy, Marvin Carrin policy info

⑦ Charter Oak Trust 2009 Income tax return

⑧ Grist Mill Capital 2009 Income tax return

⑨ Grist Mill Holdings 2009 Income tax return

⑩ Penn Mutual letter to Rudey re: Lynne Teter policy

⑪ Grist Mill Capital 414 status sheet (spreadsheet)

⑫ $35mm Premium Funding Facility (from the chair)

⑬ Documents concerning Marvin Carrin (from chair)

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: _____ / ____

Subject Name: _Charter Oak_     Date: _5/26/11_

Subject Address: _100 Grist Mill_     Floor/Room No.: _R_

Agent(s): _Cheri Garcia_     Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

### DESCRIPTION OF ITEMS

R2 - Desk, bottom Right Left drawer
    Green folder  Carpenter Form 1040
        "        Extension File


R3- Credenza
    Green Folder COT
    Red Folder  Nova Group Form 1120,  Cavaline
        "       Avan Cap  + Grist Mill Cpta   Fincan 1120
    Carpenter 2007 Taxes Blue Folder
    Nova Group 2007    "
    Cavaline Fin 2007
    Avan Capital 2009
    White Binder  2010 Avan Payroll


R4 - Shelf behind desk
    Green Folder  Grist Mill Trust.




DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched               Page ___ of ___ pages
                         Green -   Evidence Custodian

(91)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: **N3** /

Subject Name: **Charter Oak**     Date: **5-26-11**

Subject Address: **100 Grist Mill Rd, Simsbury CT**   Floor/Room No.: **N-3**

Agent (s): **PAS**     Case No. **25-703H-0002-LCJ**

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Other: **DESK**     Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

(36) EMAIL FROM CASTAGNO TO CARPENTER - Charter OAK Trust Fund - Fund 1/10/0?

(37) LTR to J. Robinson from Ivan Schinderman 7/5/0? (Charter OAK)

(38) EMAIL from Veronica Chiang to P Carpenter

(39) Memorandum to Wayne Bursey - Trustee for the Grist mill Trust

(40) Life Equity Spreadsheet

(41) LTR from Penn mutual Life to Donald Trexler (Smith Family Trust)

(42) BOA online printout 2/7/08

(43) BOA List of Acct names

(44) Description of Benefit funding for Charter OAK Trust

(45) LTR TO PETER Altieri dated 11/24/10 (Nova Group)

(46) WEBSTER BANK Accts Envelope deposit Tickets for fund Transfers

(47) Affidavit J.E. Robinson 11/30/10 (NOVA Group)

(48) WEBSTER BK Accts

(49) Chase online printouts 12/1/10

(50) Banking folder 12/6/10

(51) Folder MARTINEZ

(52) Folder Burnaier

(53) mutual RELEASE & SETTLEMENT Agmt (AVON Capitol)

(54) LTR TO Bursey from TD Bank 11/24/10 (Charter OAK)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

21

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: **N3** / ___

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: N-3

Agent(s): CAS

Case No. 25-703H-002-LCJ

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
| Other: DESK | | Shelf: | Table: | Wall: |

### DESCRIPTION OF ITEMS

| | |
|---|---|
| 55 | Agreement between Ridgewood & Grist mill 3/17/11 |
| 56 | E Trade Printout 3/20/11 |
| 57 | JP Morgan Printout 6/8/10 |
| 58 | TD Bank North Printout 6/8/10 |
| 59 | List of Accts |
| 60 | Trustees Balance Sheet (CMG) |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page ___ of ___ pages

(21)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: N3  /___

Subject Name: a Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: N/3

Agent (s): UIS

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: DESK  Shelf: _____ Table: _____ Wall: ___

### DESCRIPTION OF ITEMS

| | |
|---|---|
| (17) | TD Bank online printout dated 7/14/10 |
| (18) | LTR To be emailed to Karen Fontaine DATED 7/19/10 Nova Group |
| (19) | WEBSTER WEB - LINK 10/20/10 |
| (20) | Daniel & Molly Carpenter 2009 TAX RETURN (1040) |
| (21) | Charter Oak TRUST Declaration of Trust |
| (22) | WEBSTER - LINK online 11/4/10 |
| (23) | LTR TO PETER DHieri DATED 11/4/10 (Nova Group) |
| (24) | "    "    11/5/10  "    " |
| (25) | LTR TO Paul Colberk DATED 11/4/10  "    " |
| (26) | "    "    11/5/10  "    " |
| (27) | 26 (F) report of parties planning meeting (Charter OAK TRUST) |
| (28) | Respondents entitled Witness List DATED 11/8/10 |
| (29) | Webster Bank WEB Link printout 11/15/10 |
| (30) | LTR TO WAYNE BURSEY DATED 11/12/10 (Charter OAK) |
| (31) | Webster link 11/10/10 |
| (32) | memo of Law in support of defendant's motion to strike 11/15/10 (charter OAK) |
| (33) | Folder Description of Benefit funding for Charter OAK TRUST |
| (34) | FOLDER Charter OAK TRUST DECLARATION of Trust |
| (35) | Email from Symonds to Robinson - Charter OAK DECLaration of Trust |

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -  Subject Searched
                          Green -  Evidence Custodian

Page ___ of ___ pages

*21*

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __N3__ / ____

Subject Name: __Charter Oak__

Date: __5-26-11__

Subject Address: __100 Grist Mill Rd, Simsbury CT__

Floor/Room No.: __N-3__

Agent (s): __DDB__

Case No. __35-7034-0002-LCJ__

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: __Found on Desk__ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

1. TD BANK ONLINE BANKING 2 TRANSFERS Both dtd 5/28/10
2. FED EX From Susan O'Donovan to Jack Robinson Remd Notice for Edgar Kellen (Charter Oak Trust)
3. EMAIL Don Trudeau 1/1/10 Som Final Accounting
4. TD BANK printout 5/28/10
5. " " 5/28/10 Different pending TRANSACTIONS
6. PHL VARIABLE Insurance vs. Charter OAK Trust 8/12/10
7. Folder Banking 8/13/10
8. PHL VARIABLE Insurance vs. Charter OAK Trust 8/10/10
9. Exhibit A - List of All Policies
10. Chase online printout in Folder 10/7/10
11. Bank folder dated 10/15/10
12. Lincoln Life for Bruce MACTAS
13. WEBSTER WEB-LINK printout 10/12/10
14. Avon Capital Portfolio
15. People's United Bank printout DATED 7/2/10.
16. 6/30/10 FOLDER LABELED NUMBERS

DISTRIBUTION OF COPIES: White - **U.S. Magistrate** (Return with Warrant)
Yellow - **Inspector** (Attach to PS 714)
Pink - **Subject Searched**
Green - **Evidence Custodian**

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations

(21)



## SEARCH WARRANT INVENTORY

Position/Box.: _N_  /____

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd_

Floor/Room No.: _N_

Agent (s): _JJg_

Case No: _95-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _Found in U.S.P.S, on floor (DOESN'T SAY NOT FLAT MAIL THAT)_  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

① MANILLA Folder LABELED Charter Oak

② Charter Oak Trust Package

③ Disclosure, Acknowledgement & Certification Agreement Charter Oak

④ Appointment Agreement Ridgewood Finance 12/13/06

⑤ MANILLA FOLDER STOEI Alert

⑥ Stock Grist Mill Capital Analysis

DISTRIBUTION OF COPIES: White - U.S. Magistrate  (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ N _____ / _____

Subject Name: _____ Charter Oak _____   Date: _____ 5-26-11 _____

Subject Address: _____ 100 Grist Mill Rd, Simsbury CT _____   Floor/Room No.: _____ N _____

Agent (s): _____ VDB _____   Case No. _____ 05-703H-0002-LCJ _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Other: _____ Duffle Bag on floor _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

1. BANK of America Statement 3-19-09 to 4-17-09 Devel Cmputer
2. Acct List Acct # Description & Balance
3. J.P. Morgan Online Printout DATED 5/5/11

DISTRIBUTION OF COPIES: White -   U.S. Magistrate (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Subject Name: __Charter Oak__          Position/Box.: __N__ __/__

Subject Address: __1.00 Grist Mill Rd, Simsbury CT__          Date: __5-26-11__

Agent (s): __UIP__          Floor/Room No.: __N__

Case No. __95-7034-0002-LCJ__

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: __Found on Black Chair__   Shelf: _____   Table: _____   Wall: ____

## DESCRIPTION OF ITEMS

① Christine Managmed Services Sheet w/ Bio. of Carpenter

② Manilla folder w/ named Slides, Overay, & Estimated Rating

③ Life Settlement Agrmnt for MARVIN Chran

④ LTR from Simionee MARCA & LARROW CPA To Carpenter - RE
  Grist Mill Caprll

⑧ Chase Statement for 1095 - Int Gristmill

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: **N** / **1**

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/ Room No.: _N_

Agent (s): _DJD_

Case No. _25-7034-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _In U.S.P.S. Flat Mail Tray on Floor_   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

① ARS Group folder project Grist mill Capital Manilla folder

② Consulting Agent 7/10/06 Grist mill Trust

③ Global Sport Underwriters manilla folder Bank Records

④ Manilla folder Companies Tax ID #

⑤ Grist mill Capital LLC - Benefit financing for Mr. Marvin Collins (manilla folder)

⑥ Manilla Trust for Beck E. Robinson

⑦ Manilla folder Simsbury Bank

⑧ Manilla Folder Simple Robinson

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: N5 / ___

Subject Name: _Charter Oak_   Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT   Floor/Room No.: N5

Agent (s): Thompson, Keith   Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Floor: N5   Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

① Account Names and Balances for Avon Capital and other entities

② Settlement letter to court re: Penn Mutual v ~~&~~ Trustee of Charter Oak Trust

③ Email stating Penn Mutual account premium balances

④ Charter Oak Trust Insurance Policy Summary

⑤ Email from Don Trudeau to Dan mentioning Ridgewood,

⑥ Bank of America ~~same~~ Funds Transfer

⑦ IRS Request for Tax Return for Caroline Financial Group

⑧ Operating Agreement for Grist Mill Capital

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page    of    pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position / Box.: __N1__ / ____

Subject Name: _Charter Oak_                              Date: __5/26/11__

Subject Address: _100 Grist Mill Rd, Simsbury CT_       Floor / Room No.: __N1__

Agent (s): _Thompson, Keith_                            Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____   Desk: _____   Drawer: ____

Other: _____ Shelf: _N1_        Table: _____   Wall: _____

| DESCRIPTION OF ITEMS |
| --- |
| Master List of company names |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
 and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: N3 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: N3

Agent (s): Thompson, Keith

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: N3 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

① Bank Account statements and balances

② Universitas Edu. V Nova Group, Inc etc letter to Arbitrator

③ Account Summary for Caroline Financial Group, Ltd

④ Dispute Resolution for Universitas Edu. V Nova Group, Inc

⑤ CD's labeled Universitas Edu V. Nova Group, Inc

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

23



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: _P2_ / _____

Subject Name: _Charter Oak_      Date: _5-26-11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_   Floor/Room No.: _P-2_

Agent(s): _VSN_      Case No. _25-703H-0002-LC-J_

Safe: _____   (Cabinet)   Credenza: _____   Desk: _____   Drawer: _____

Other: _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

① Wire Basket Says TPB

② Green folders w/ TPG Group 2010

③ Nova Group wireless 2010

④ Caroline Financial Group peoples 2010

⑤ "        "   Webster 2010

⑥ CFG Payroll Webster 2010

⑦ CFG Roth 401K Webster 2010

⑧ CFG Roth 401K 2010 TD

⑨ CFG WBT Webster 2010

⑩ TPG Inc Peoples 2011

⑪ TPG Commissions Peoples 2011

⑫ Grist Mill Capital folder

⑬ Grist mill Holdings TD 2010

⑭ Grist mill Holdings

⑮ Grist mill Holding Wires 2010

⑯ Grist mill Capital Wires 2010

⑰ Grist Mill Capital DT Webster 2010

⑱ Grist Mill Capital TD 2010

⑲ Avon Capital LLC TD 2010

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page ___ of ___ pages

23

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: **P2** /___

Subject Name: **Charter Oak**

Date: **5-26-11**

Subject Address: **100 Grist Mill Rd, Simsbury, CT**

Floor/Room No.: **P-2**

Agent (s): _____

Case No.: **25-703H.0002-LC-J**

Safe: ____   Cabinet: ____   Credenza: ____   Desk: ____   Drawer: ____

Other: ____   Shelf: ____   Table: ____   Wall: ____

## DESCRIPTION OF ITEMS

| | |
|---|---|
| 20 | Avon Capital LLC Peoples 2010 |
| 21 | Avon Capital Wires 2010 |
| 22 | Avon Capital LLC Payroll Peoples 2010 |
| 23 | Grist Mill Capital Peoples 2011 |
| 24 | Caroline Financial Group |
| 25 | Avon Capital Payroll Peoples 2011 |
| 26 | AVON CRT JP MORGAN |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __D8C__ / ____

Subject Name: __CHARTER OAK__     Date: __5/26/11__

Subject Address: __100 Grist Mill, Simsbury CT__     Floor/Room No.: __D8C__

Agent(s): __SA Wooland__     Case No. __25-703H-0002-LCJ__

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: __Floor next to Wall__     Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

Folders = Spiros Pappas Kincaids; Hackbart Chiropractic;
Jo Pollack; RES-Q Healthcare; ACS properties; Property Assessment
Review; First Call Medical; Avalon Holdings; CCJ Inc.;
Qualified Construction; David Hoffman Healthquest; Kathleen Bennett;
The Drug Store; Binder Grist Mill Trust; Binder Charter Oak Trust

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position / Box: _____ / ____

Subject Name: CHARTER OAK          Date: 5/26/11

Subject Address: 100 GRIST MILL Simsbury CT     Floor / Room No.: D 8 C

Agent (s): SA Woolard          Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

Correspondence TO/FROM GRISTMILL TRUST w/ copies of checks;
PAYMENT SHEET 2015, GRISTMILL TRUST certificate of coverage;
TRUST DOCUMENTS; INTERNAL Documents on clients; BINDER AUDITS;
FILES: Robert Torgrimson; Paul Rosasco; Sample Releases;
  Arthur Baldwin; Nglua Trong Nguyen; Advanced Flow Engineering;
Paul Rusasco; Allen Tucker; CERTS 2008; Bank of America Wiring
Instructions; Dan Carpenter; Summary Fortress Meeting - Avon Capitol
Howard Sargeant Emails, Pmma Wayne Mtg. Notes; 2010 split Dollar
Invoicing; John stanford; NoVA Enrollment; Report Policies
  Grace Period;

(26)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: X / ___

Subject Name: Charter Oak     Date: 5.26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT     Floor/Room No.: X

Agent (s): _____     Case No. 25-703H-0002-LC-J

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: on floor _____ Shelf: _____ Table: _____ Wall: ___

## DESCRIPTION OF ITEMS

(1)   Box  Labelab   Sold Cases  -  V. My case (Charter Oak)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak Trust_                    Date: __5/26/11__

Subject Address: __100 Grist Mill Road, Simsbury, CT__     Floor/Room No.: __D 9__

Agent (s): ___Nesbitt___                         Case No. _25-703H-0002-LCT_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: __Floor__                 Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

- Charter Oak Trust Files (insried) *2 Boxes*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page __1__ of __1__ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: D9 / ___

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Gnst Mill Rd, Simsbury CT

Floor/Room No.: D9

Agent(s): Nesbitt

Case No: 20-703H-0002-LCT

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Floor _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

— Charter Oak Trust Files (insured) * 8 boxes

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
 and Fraud Investigations

(29)

# SEARCH WARRANT INVENTORY

Position / Box.: _____ / _____

Subject Name: _Benistar_

Date: _5/26/11_

Case 2 25-703H-0002-LC-J

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: _____

Agent (s): _Philip Tanner_

Case No.: Floor 1RM D-14

Safe: _____ | Cabinet: _____ | Credenza: _____ | Desk: _____ | Drawer: _____

Other: _____ | Shelf: _____ | Table: _____ | Wall: _____

| DESCRIPTION OF ITEMS |
| --- |
| Welcome to Charter Oak Trust Binder |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box/ _____ / ____

Subject Name: _Renister_

Date: 1/26/11

Subject Address: _60 Grist Mill Rd, Simsbury, CT_

Case 25-703 H-0002-LC-J
Floor/Room No: _____

Agent (s): _Philip Tanner_

Floor/RM O-11
Case No. _____

Safe: _____ | Cabinet: _____ | Credenza: _____ | Desk: _____ | Drawer: ____

Other: _____ | Shelf: _____ | Table: _____ | Wall: ____

### DESCRIPTION OF ITEMS

_Charter Oak for 2011 Binder_

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _Binister_          Date: _5-26-11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_     Floor/Room No.: _____

Agent(s): _Philip Tanner_          Case No. _25-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _D-10_  Drawer: ____

Other: _____          Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| Binder w̄ Charter Oak material |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page        of        pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, Ct

Floor/Room No.: 04

Agent (s): Danilla Martin

Case No.: 25-7034-0002-Lc-J

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Shelf along wall   Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

~~Hint and~~ email regarding Guy Neumann

Nova Benefit plans LLC Advertising Materials

Grist mill Trust Advertising materials

Bridge Finance Agreement

Wire Transfer: Peoples United + TD Bank

Nova Plan Documents

Grist Mill Trust Opinion

Folder w/ records labeled "Marvin Carrin Underwriting"

Folder w/ records labeled "Marvin Carrin # Med Recds" 2008

Grist Mill Trust

CRT, LLC Chart, Business Org

Charter Oak Trust Confidential Info Package

Claimants Reply to Respondt Post Hrg Brief - Bursey vs. Smith vs. Bursey.

Grist mill Capital Analysis + Expense Stmt

Ridgwood Finance Commitment letter

Bank of America Account sheet

Arbitration Bursey vs. Smith 12/7/09

Siebert / Vassar letters

Grist Mill Trust vs Smith Arb. tration, Bursey v Smith Arbitration Counter-Claims

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: 05

Agent (s): Danika Martin

Case No.: 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: Center of room Wall: _____

### DESCRIPTION OF ITEMS

Charter Oak Trust records in DOL envelope

Grist Mill records in DOL envelope

Avon Capital records in DOL envelope

Health records of Steven Rose in DOL envelope

D Carpenter US Benefits email

Billing Worksheet 1/1/09 - 4/30/09

Spreadsheet of policy holders

7/24/09 letter & 2/15/11 letter 4/8/10 letter

Folder labeled 'Our Argument Universitas' Containing

Grist Mill & Charter Oak Trust docs.

Letter from Cyrus Mehri attached to Grist Mill Trust Doc

List of all policies

Caroline Ltd. account records

TPG Group Commissions

Ridgewood Release & Settlement Agreement

List of Company names

6/7/10 & 4/19/11 ~~the~~ Court filings

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: D 10 / ___

Subject Name: _Charter Oak_     Date: 5/26/11

Subject Address: _100 Grist Mill_    Floor/Room No.: D 10

Agent (s): _Cheri Goarcra_    Case No. 25-703H-0007-LC-5

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

Manila Folder COT Grace Notices

White 3-ring binder COT - Active

white papers in clip COT - Active

Folder "Amsterdam J"

white papers in clip COT - ALL

Manila Folder - COT Pending

Several COT Folders + Papers

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: D12 / ___

Subject Name: CHARTER OAK TRUST

Date: 5/26/2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Case: 25-703H-0002-LCJ
Floor/Room No.:

Agent (s): SA CHUI/ SA Mikulka.

Case No. ___

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ✓  Drawer: ___

Other: ___  Shelf: ___  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

Correspondence file with PENN LIFE listing policies, etc.

SK CHUI

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __D5__ / ____

Subject Name: _Charter Oak Trust_       Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT_       Floor/Room No.: _D5_

Agent (s): _Nesbitt_       Case No. _25-703H-0202-LC-J_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: ~~__~~   Drawer: _____

Other: _Hanging File_       Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

- Doc Recd. from sbt marked "Charter OAK / Alt"
- e-mail that references Fc 97521947 Thomas Knowels, William Dudley,
- + Alton Patton ( email btn. Christine Weimar and Deborah Lutes)
- email from Dan Trudeau
- Nova Benifits re: Charter Oak Trust "Philip Beekman"

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
                                 Yellow -  Inspector (Attach to PS 714)
                                 Pink -  Subject Searched
                                 Green -  Evidence Custodian

Page **1** of **1**  pages

(32)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _E___ / ___

Subject Name: _Charter Oak_                               Date: _May 26, 2011_

Subject Address: _100 Grist Mill Rd. Simsbury, CT 06070_   Floor/Room No.: _E_

Agent (s): _Nesbitt_                                       Case No. _25 - 703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _✓_  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: ___

### DESCRIPTION OF ITEMS

- Folder marked 2011 Containing Statement of Commissions for Donald Trudeau
- Folder marked "Daryl Comp" inside the folder are Elite Brokerage Service Don Trudeau, etc.

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __AM / ____

Subject Name: __CHARTER OAK__

Date: __5/26/11__

Subject Address: __100 GRIST Mill Rd Simsbury CT__

Floor/Room No.: __AM__

Agent (s): __SA Shannon, Woolard__

Case No. __25-703H-0007-LC-J__

Safe: _____  Cabinet: _✓_  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

### DESCRIPTION OF ITEMS

1 Folder "Benefit Plan Advisors, LLC"/PowerPoint Slides About The Grist mill Trust + NoVA w/ Guy Neumann business card

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: F / 

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: F

Agent (s): 

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: FLOOR & DESK _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

FLOOR (1) TPG Group Inc Cash Disbursement Journal

(2) Charter Oak File

DESK (3) H19 / TRUST TO DO / DONE Folder   Avon Capital Charter Oak

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations




*32*

## SEARCH WARRANT INVENTORY

Position/Box.: _AI-2_ / ___

Subject Name: _Charter Oak_                     Date: _5/26/11_

Subject Address: _100 Grist Mill Road_       Floor/Room No.: _AI-2_
_Simsbury, CT_

Agent (s): _____           Case No. _25-703H-0002-LCT_

Safe: _____  Cabinet: _____  Credenza: _____   Desk: _____   Drawer: ___

Other: _____  Shelf: _X_   Table: _____   Wall: ___

### DESCRIPTION OF ITEMS

- NoVA benefit plans / Benefit plan advisors folder
- NoVA envelope
- Grist Mill trust envelope
- Grist Mill letterhead
- Grist Mill benefit plan summary document
- Nova benefit plan documents marketing materials

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -   Subject Searched
                          Green -  Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: __A__ / ____

Subject Name: _Charter Oak_

Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT 06070_

Floor/Room No.: __A__

Agent (s): _Nesbitt_

Case No. _25-703H-0022-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _A1_  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

## DESCRIPTION OF ITEMS

- Seating Chart, Phone Number list, J.P Morgan Bank account info, Grist Mill Trust Chase Banking info. (on-line statements)
- Nova Fax.
- Wayne Bursey Chase Bank account info
- Address list

DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _AO_ / _____

Subject Name: _Charter OAK_

Date: _5-26-11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: _AO-1_

Agent (s): _SA Woolard_

Case No. _25-7030-0002-LC-5_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _✓_  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

HANDWRITTEN NOTE DATED 8-28-2007

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page ____ of ____ pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak_     Date: _5/26/11_

Subject Address: _100 Grist Mill, Simsbury CT_     Floor/Room No.: _AQ-3_

Agent (s): _SA Woolard + SA Sterlacci_     Case No. _25-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

1 Folder "Charter Oak Trust, Buchanon, Altonell"

1 Bound Folder about 419 Plans

STACK OF FAXES FROM Joe Castagno, Benefit Plan Advisors LLC

1 Bound Folder "Aprofessionals Guide to 419 Plans" by D. Carpenter"

Nova Benefit Plans — Re Welfare Benefit Plan for David Coffman [11/2/08]

STACK of Broker Follow-up + carrier call sheets 2008/2009

Notes Attached to Charter Oak Quarterly Premiums

SRW

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: __P__ / ____

Subject Name: _Charter Oak_          Date: _5-26-11_

Subject Address: _100 Grist Mill Rd Simsbury Ct_   Floor/Room No.: _P-4_

Agent (s): _____          Case No. _25-7034-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _DESK_          Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

① D.&M. Carpenter 2010 Income Tax Return

② TD Wires

③ D. & M Carpenter 2008 Income Tax Return

④ "         "    2007  "              "

⑤ CoT  2008  PNC

⑥ CoT  2007  PNC

⑦ CoT  2009  PNC

⑧ CoT  Second sheet

⑨ Avon  Capital  Spreadsheet

⑩ + 19 Policies  Avon Capital

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -  Subject Searched
                        Green -  Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
 and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box.: _P___ /___

Subject Name: _Charter Oak_          Date: _5/26/11_

Subject Address: _100 Gast Mill Rd, Simsbury CT_     Floor/Room No.: _P1_

Agent (s): _TJS_          Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _P1 & Book case_     Shelf: _____ Table: _____ Wall: ____

## DESCRIPTION OF ITEMS

P1

① Nova Group Inc 2006 Tax Return

② Nova Group Inc 2009 Tax Return

③ D. Carpenter 2006 CT-1040

Book case ④ List of Company names & EIN #'s

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page   of   pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
　and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _AH__ /___

Subject Name: _Charter Oak_　　　Date: _5/24/11_

Subject Address: _100 Grist Mill_　　Floor/Room No.: _AH_

Agent (s): _Cheri Garcia_　　Case No: _25-7034-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

AH-4  Lateral File - White Binder  COT 2010

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page　　of　　pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: J___ / ___

Subject Name: _Charter OAK_

Date: _5/26/11_

Subject Address: _100 Grist Mill Simsbury CT_

Floor/Room No.: _J-9_

Agent(s): _Timothy M. Corsi – EBSA_

Case No: _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

(Other:) _Cubicle_ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

1) TPG Group Transactions.
2) Charter Oak Trust 2007
3) COT 2010
4) Avon Capital
5) Grist Mill Capital
6) Grist Mill Holdings
7) TPG Group Cash Receipts Journal FY 2008-Present.

DISTRIBUTION OF COPIES: White – U.S. Magistrate (Return with Warrant)
Yellow – Inspector (Attach to PS 714)
Pink – Subject Searched
Green – Evidence Custodian

Page    of    pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: 105 / ___

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent (s): Thompson, Keith

Case No. 25-7084-00002-LC-J

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|-------|----------|-----------|-------|---------|
| Other: | | Shelf: | Table: 05 | Wall: |

### DESCRIPTION OF ITEMS

1. Pleadings and dates for suits ~~involved~~ involving C.O.T.
2. Universitas Edu v Nova filing
3. Avon Capital Available balance
4. Account Balances for Avon Capital etc.
5. Email for certification of a policy that Avon Capital or Grist Mill Capital, should have paid.
6. Avon Capital, LLC Receivables
7. Fund Transfer Request from Avon Capital, LLC
8. Ridgewood Finance, Inc invoice for premium payment
9. Avon Capital, LLC Payables and Fund transfers
10. Lincoln Financial invoice for premium payment to CO.T.
11. Grist Mill Capital Checking statement
12. C.O.T. Insurance Policy Summary
13. Insurance Policy List
14. E-Mail re: charter oak trust
15. Ridgewood Finance, Inc 'Commitment to Fund' Letter
16. TD Bank Account Balances

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -  Subject Searched
                         Green -  Evidence Custodian

Page  1  of  1  pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: __O-2__ / ____

Subject Name: _Charter Oak_

Date: __5/26/11__

Subject Address: __100 Grist Mill Rd, Simsbury, CT__

Floor / Room No.: __O-2__

Agent (s): __K. Shanahan__

Case No. __25-703H-0002-LCJ__

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Charter Oak Trust Ins. Policy Summary

Nova Group, Inc. Plan Sponsored Declaration of Trust 2006 —

Company Tax Extension list     (Avon Insurance Group             )

Grist Mill Holdings, LLC offer to purchase
   Mill Pond Road property   11/29/07

Charter Oak Trust Client Package Emails
   from Waesche to Carpenter  3/12/07

Ridgewood Finance Inc. Amended & Restated line of Credit
              & Security Agreement 3/12/07 (unsigned)

Forfeitures Through Buyout Report  1/15/09

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page __1__ of __1__ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(37)



## SEARCH WARRANT INVENTORY

Position/Box.: 03 1

Subject Name: Charter Oak                         Date: 5/26/11

Subject Address: 100 GRIST MILL RD, SIMSBURY, CT     Floor/Room No.: 03 (#1)

Agent (s): K. Shanahan                            Case No. 25-7034-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Bank of America 1/16/08 folder with Acct#s

Report of Policies held by AVON (J. Hurwitz # JP5582385)

Email to Carpenter w/cc Castagno   2/3/09

Avon Capital, LLC Accounting Reports -2007

S. Spencer Policy File with Lincoln # JJ305475 & JJ320809

Ridgewood File with Line of Credit & Security Agreement

Email from Robinson w/ Attachment RE Line of Credit

Carpenter Memo RE: Joe Broker 1/14/08 (11/5/06)

Newman Email Re: Church of Christ Legacy Trust 6/4/07

Email from Carpenter to Bursey 1/15/07 RE: Avon

Email from Robinson to Carpenter  5/5/10

Folders: "Dan's Checks" with Bank of America Accts 9/21/09

"BOA 9/21/09" with Schneider Email 9/21/09

"Banking Sept. 19, 2009"

"Dec BOA" Statements for Carpenter 9/17/09

Correspondence from 5/21/09 US Trust to Carpenter

Penn Premiums Paid Report 2008- 2010

Files "Martinez C.O.T. DOCS" and "Biermaier C.O.T. Docs"

Email from Carpenter # 1/8/07

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 2 pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position / Box.: _____ / _____

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 GRIST MILL RD, Simsbury, CT_

Floor / Room No.: _O   3   #2_

Agent (s): _K Shanahan_

Case No. _25-7034-0002-LCJ_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

~~E6~~ Correspondence from Emill Capital, LLC to Prospective
Charter Oak Trust Plan/and Insurance needs Client analysis
Folder "Deloitte ~~Guy~~" with Email from Newmann 10/4/00
Folder "Charlie Induddi" with TPG Group Cash Disbursements
2007 report

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page   2 of 2 pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations




## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _Charter Oak_    Date: _5/26/11_

Subject Address: _____    Floor/Room No.: _05_

Agent (s): _K. Shanahan_    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

PENN MUTUAL MEDIATION REPORT 2008-2009

"COT 2009" Report

Projected claim/policy payout REPORT 2009 — 2011

Email to Carpenter from Newman 4/17/09

Correspondence to GristMill Capital, LLC from Ridgewood

(Folder "Grist Mill Capital, LLC" Finance INC 7/21/09
     2009

Folder "3/16/11" with Account codes

Patricia Biermaier PENN Policy # 821012

Folder "Therminics" with Correspondence from
                    Carpenter and Slattery

Folder "Finding Proposal for Avon Capital, LLC"

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                         Yellow - Inspector (Attach to PS 714)
                         Pink - Subject Searched
                         Green - Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: __J__ / ___

Subject Name: Charter Oak

Date: 5|26|11

Subject Address: 100 Grist Mill, Simsbury CT

Floor/Room No.: J-9

Agent (s): SA SHANNON WOOLARD
Tim Corsi

Case No. _____

Safe: _____ Cabinet: _____ Credenza: / Desk: _____ Drawer: ____

Other: _____ Shelf: / Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

3 Binders: TPG Group FY'08+09
          CASH Receipts Journal 2010

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: J / ____

Subject Name: _Charter Oak_   Date: 5/26/11

Subject Address: _100 Grist Mill, Simsbury, CT_   Floor/Room No.: J-9

Agent (s): _SA Shannon Woolard / Tim Cosi_  Case No. ____

Safe: ____  Cabinet: ____  Credenza: / Desk: ____  Drawer: ____

Other: ____  Shelf: ✓____  Table: ____  Wall: ____

| DESCRIPTION OF ITEMS |
|---|
| 2 BINDERS TPG Group Finances FY'09 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations





## SEARCH WARRANT INVENTORY

Position/Box.: **AT 2** / _____

Subject Name: _Charter Oak_               Date: **5/26/11**

Subject Address: 100 Gristmill Rd Simsbury CT          Floor/Room No.: **AT 2**

Agent (s): SA Woolard               Case No. **25-7034-0002-LCJ**

Safe: _____   Cabinet: _____   Credenza: ✓ Filing Cabinet   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: ____

| DESCRIPTION OF ITEMS |
|---|
| Folders: James Terry; Joan Pennington; Alton Patton; Sol Kreulm; |
| Carl Buchanan; Martha Ainsworth; Ben G. Arterburn; |
| Judith Musiker |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
   Yellow - Inspector (Attach to PS 714)
   Pink - Subject Searched
   Green - Evidence Custodian

Page _1_ of _1_ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: **D8b** / _____

Subject Name: **CHARTER OAK**

Date: **5/26/2011**

Subject Address: **100 Grist Mill, Simsbury CT**

Floor/Room No.: **D8b**

Agent(s): **SA Woolard**

Case No. **25-703-0002-LC-J**

Safe: _____  Cabinet: _____  Credenza: _____  Desk: **K**  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: ___

## DESCRIPTION OF ITEMS

Correspondence TO/FROM Nova

CASE History Reports

Cost Basis Information for 419A Plan

FILES: GARRY CAMPBELL
        John Porlich
        Lawrence Popp
        Emile Banks
        Donald Groth

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: CHARTER OAK

Date: 5/26/2001

Subject Address: 100 GRIST MILL, Simsbury CT

Floor/Room No.: D 86

Agent (s): SA WOOLARD

Case No. 25-703H-0002-LC-J

Safe: _____   Cabinet: _____   Credenza: _____   Desk: X   Drawer: _____

Other: _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

2010
GMT LIVING BENEFITS TRUST; SICKNESS Accident DISABILITY NOVA
GRIST MILL TRUST; NOVA LIVING BENEFITS TRUST; LIFE
FIVE Plan & Trust (sponsored by NOVA); Survivorship Plan & Trust (NOVA)
LIFE ONE Plan & Trust (NOVA); Long TERM CARE TRUST 2009;
NOTEPADS W/ HANDWRITTEN NOTES; NOVA ADVISOR's Guide; US
Benefits Group Folder w/ Mtg. Notes; PAPER W/ HANDWRITTEN NOTES
USPS Return Receipt CARDS; BINDER: GRIST MILL Plan & Trust
SPLIT DOLLAR LOAN INTEREST; CLIENT-FEE LISTS; CORRESPONDENCE
TO/FROM NOVA; BALANCE-DEPOSIT LISTS; BENEFIT CONTINUATION LISTS,
Files: Rencher FAMILY PRACTICE; B&D CONSTRUCTION; 2848/8886 Reports;
Columbus LIFE MEMOS; Collateral Assignment to Split Dollar Agreement

DISTRIBUTION OF COPIES: White -   U.S. Magistrate (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General

Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: _D___ _1___

Subject Name: _Binister_

Date: _5-26-11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor/Room No.: _D17_

Agent (s): _Philip Tanner_

Case No: _25-703H-0002-LC-5_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _D-17_ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

nothing found.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: D    /

Subject Name: Binister

Date: 5/26/11

Subject Address: 100 Griit Hill Rd, Simsbury, CT

Floor / Room No.: D20

Agent (s): Philip Tanner

Case No.: 25-703H-0002-LC-4

Safe: _____ Cabinet: _____ Credenza: _____    Desk: D-20    Drawer: ___

Other: _____    Shelf: _____    Table: _____    Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| nothing found |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White -    U.S. Magistrate  (Return with Warrant)
Yellow -    Inspector (Attach to PS 714)
Pink -    Subject Searched
Green -    Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: ___D___ /___

Subject Name: _Banister_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor/Room No.: _D21_

Agent (s): _Philip Tanner_

Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _D-21_ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



| SEARCH WARRANT INVENTORY | | Position/Box.: D   / |
|---|---|---|
| Subject Name: Benistar | | Date: 5/26/11 |
| Subject Address: 100 Grist Mill Rd, Simsbury, CT | | Floor/Room No.: D16 |
| Agent (s): Philip Tanner | | Case No. 25-703H-0002-LC-J |
| Safe: _____ Cabinet: _____ Credenza: _____ | | Desk: D-16   Drawer: ____ |
| Other: _____ Shelf: _____ | | Table: _____ Wall: _____ |

### DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page       of       pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _D_ _/_

Subject Name: _Charter Oak_      Date: _5/26/11_

Subject Address: _100 Constimill Rd_      Floor/Room No.: _D19_
                                           _25-763H-0007-LC-J_
Agent (s): _C. Garcia_      Case No.

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _O_ / ___

Subject Name: _Charter Oak_                    Date: _5-26-11_

Subject Address: _100 Grist Mill Rd., Simsbury, CT_     Floor/Room No.: _O1_

Agent (s): _Danika Martin_                      Case No: _25-703H-0002-LC-J_

Safe: _____ Cabinet: _____ Credenza: _____  Desk: _____ Drawer: ____

Other: _Chair & Floor_ _____ Shelf: _____  Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| O1 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Nil |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -  Subject Searched
                         Green -  Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: D / 

Subject Name: Binister

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: D17

Agent (s): Philip Tanner

Case No. 25-703H-0002-LC-5

Safe: _____  Cabinet: _____  Credenza: _____  Desk: D-17  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -  Subject Searched
                         Green -  Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: _D___  /___

Subject Name: _Binister_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor / Room No.: _D 20_

Agent (s): _Philip Tanner_

Case No.: _25-703H-0002-LC-3_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _D-20_  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: ___

### DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page          of          pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box: _D   /_

Subject Name: _Binister_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor / Room No.: _D21_

Agent (s): _Philip Tanner_

Case No. _25-703 H-0002-LCJ_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _D-21_   Drawer: ___

Other: _____   Shelf: _____   Table: _____   Wall: ___

### DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _D_ / ___

Subject Name: _Benistar_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor / Room No.: _D16_

Agent (s): _Philip Tanner_

Case No. _25-7034-0002-LC-J_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _D-16_ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: ___

## DESCRIPTION OF ITEMS

nothing found

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -    Subject Searched
Green -   Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: D20 / ___

Subject Name: CHARTER OAK

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor / Room No.: D20

Agent (s): SA Mull

Case No. 25-70314-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| NIL |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: K4  /___

Subject Name: Charter Oak          Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT    Floor/Room No.: K-4

Agent (s): Timothy M. Corsi - SGSA    Case No: 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

No RELEVANT Documents PRESENT.
2 of 3 Shelves empty.

N/L

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _B_ / ___

Subject Name: *Charter Oak*

Date: 5/26/11

Subject Address: *100 Grist Mill Rd, Simsbury CT*

Floor/Room No.: room B

Agent (s): *SA Sterlacci*

Case No.: 25-7034-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: B1 Desk: _____ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

NIL    (B.1)

DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -    Subject Searched
Green -   Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _C / _

Subject Name: _Charter Oak_          Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_     Floor/Room No.: _C_

Agent (s): _SA Stedacu_          Case No. _05-7034-0002-LCJ_

Safe: _____  Cabinet: _C1_  Credenza: _____   Desk: _C3_   Drawer: _C4_

Other: _____        Shelf: _C2_   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

NIL          C1, C2, C3, C4

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: A I 3 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: A I - 3

Agent (s): SA Storlacci

Case No.: 25-703H-0002--LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Closet  Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

NIL   (A I - 3)

DISTRIBUTION OF COPIES:
White - U.S. Magistrate  (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _AK ____ /____

Subject Name: _Charter Oak_     Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_   Floor/Room No.: _AK ____

Agent (s): _SA Sterlacci_     Case No. _25-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _AK1, AK2_ Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

NIL   ( AK1 + AK2 )   AK

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: AL    /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 GRIST Mill Rd, Simsbury CT

Floor/Room No.: AL

Agent (s): SA Shennon Woolard

Case No. 25-7034-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
|  |

NIL

SW

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: AN    /____

Subject Name: Charter Oak                    Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT    Floor/Room No.: AN

Agent (s): SA Shannon Woolard                Case No. 25-703H-0008-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

## DESCRIPTION OF ITEMS

NIL
SW

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -    Subject Searched
Green -   Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _AP___

Subject Name: _Charter Oak_          Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_   Floor/Room No.: _AP_

Agent (s): _SA Stoiacu_          Case No.: _25-703H-0002-LCT_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

NIL     | AP1, AP2, AP3, AP4, AP5 |

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -   Subject Searched
                        Green -  Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: __AR__ / __

Subject Name: __Charter Oak__          Date: __5/26/11__

Subject Address: __100 Grist Mill Rd, Simsbury CT__   Floor/Room No.: __AR__

Agent (s): __SA Shannn Woolard__          Case No. __25-703H-0002-LG__

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| NIL |
| SPW |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: __AS__ / ____

Subject Name: _Charter Oak_

Date: __5/26/11__

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: __AS__

Agent (s): _SA Shannon Woolard_

Case No. _25-703H-0002-LCJ_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

NIL

SKW

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _AT_ /____

Subject Name: _Charter Oak_          Date: _5/26/11_

Subject Address: _100 GRIST MILL Rd, Simsbury CT_     Floor/Room No.: _AT_

Agent (s): _SA Shannen Woolard_          Case No. _25-703H-0002-LCJ_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

N/L

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -  Subject Searched
                          Green -  Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: AU  /

Subject Name: CHARTER OAK

Date: 5/26/11

Subject Address: 100 Gristmill Rd, Simsbury CT

Floor/Room No.: AU

Agent (s): SA Shannon Woolard

Case No. 25-703H-0002-LCJ

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| |
| |
| |
| |
| |
| |
| |
| N/L |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES:   White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _AV_ / ___

Subject Name: _CHARTER OAK_        Date: _5/26/11_

Subject Address: _100 GRIST Mill Rd, Simsbury CT_   Floor/Room No.: _AV_

Agent (s): _SA SHANNON WOOLARD_      Case No._25-703H-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| AV |
| AV1 + AV2 |
| NIL |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _AG 1-4/____

Subject Name: _____     Date: _____

Subject Address: _____     Floor/Room No.: _____

Agent (s): _Thompson, Keith_____     Case No. _____

Safe: _____ Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _✓_

Other: _Floor_____  Shelf: _✓_  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

AG 1-4

(Nil)

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box: D-39 / ____

Subject Name: _____   Date: _____

Subject Address: _____   Floor / Room No.: D-39 _____

Agent (s): Timothy M. Corsi — EBSA   Case No. _____

Safe: _____ / Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____     Date: _____

Subject Address: _____     Floor/Room No.: D-30 _____

Agent (s): Timothy M. Corsi — EBSA _____     Case No. _____

Safe: _____  Cabinet: _____     Credenza: _____     Desk: _____     Drawer: ____

Other: _____     Shelf: _____     Table: _____     Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -  Subject Searched
                          Green -  Evidence Custodian

                          Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _____ / ____

Subject Name: _____  Date: 5/24/11

Subject Address: _____  Floor/Room No.: D 32

Agent (s): Danika Martin _____  Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _____ / ____

Subject Name: _____   Date: ___5/26/11___

Subject Address: _____   Floor/Room No.: ___D 35___

Agent (s): ___Danika Martin___   Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____   Desk: _____ Drawer: ____

Other: _____ Shelf: _____   Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

*Nil*

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _____ / _____

Subject Name: _____

Date: __5/26/11__

Subject Address: _____

Floor/Room No.: __D 36__

Agent (s): __Danika Martin__

Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____     Date: _5/26/11_

Subject Address: _____     Floor/Room No.: _AA - all_

Agent (s): _Danika Martin_     Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Nil |
| |
| |
| |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                                           Yellow - Inspector (Attach to PS 714)
                                           Pink - Subject Searched
                                           Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: _____ /____

Subject Name: _____

Date: 5/26/11

Subject Address: _____

Floor/Room No.: AB -all

Agent (s): Danika Martin

Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _____   Date: 5/26/11

Subject Address: _____   Floor / Room No.: ___ H

Agent (s): _Danika Martin_____   Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: __Charter Oak__                    Date: __5/26/2011__

Subject Address: _____     Floor/Room No.: __D 22__

Agent (s): __K Sharah__                         Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____   Desk: _____ Drawer: _____

Other: _____ Shelf: _____   Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian                   Page       of       pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak Trust_       Date: _5/26/11_

Subject Address: _____       Floor/Room No.: _D 23_

Agent (s): _K Shanahan_       Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak Trust_   Date: _5/26/11_

Subject Address: _____   Floor/Room No.: _D 24_

Agent (s): _K. Shanahan_   Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____   Desk: _____ Drawer: ____

Other: _____ Shelf: _____   Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

KM

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: Charter Oak Trust                Date: 5/26/11

Subject Address: _____        Floor/Room No.: I 1-3

Agent (s): K Manahan                            Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

NIL

**DESCRIPTION OF ITEMS**

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Chartter Oak Trust_          Date: _5/24/11_

Subject Address: _____          Floor/Room No.: _D 29_

Agent (s): _K. M_____          Case No. _1_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ___

Subject Name: Charter Oak Trust     Date: 5/26/11

Subject Address: _____     Floor/Room No.: AF 1

Agent (s): K Shanahan     Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Nil

KM

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ___

Subject Name: _Charter Oak Trust_          Date: _3/26/11_

Subject Address: _____          Floor/Room No.: _T1 - 5_

Agent (s): _L. Shanahan_____          Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: ____

### DESCRIPTION OF ITEMS

NIL

T 1, 2, 3, 4, 5

KS

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____      Date: _____

Subject Address: _____      Floor/Room No.: D-27

Agent (s): Timothy M. Corsi - EBSA      Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____      Desk: _____ Drawer: ____

Other: _____ Shelf: _____      Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _____

Date: _____

Subject Address: _____

Floor / Room No.: D-37-B

Agent (s): Timothy M. Corsi

Case No. _____

Safe: _____ (Cabinet:) _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
    Yellow -  Inspector (Attach to PS 714)
    Pink -  Subject Searched
    Green -  Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____   Date: _____

Subject Address: _____   Floor/Room No.: D-28

Agent (s): Timothy M. Gosi — EBSA   Case No. _____

Safe: _____ Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____     Date: _____

Subject Address: _____     Floor/Room No.: D-37-A

Agent (s): Timothy M. Corsi _____     Case No. _____

Safe: _____   (Cabinet:) _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _____

Date: _____

Subject Address: _____

Floor / Room No.: D-34

Agent (s): Timothy M. Corsi

Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Cubicle _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
Yellow -   Inspector (Attach to PS 714)
Pink -   Subject Searched
Green -   Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____

Date: _____

Subject Address: _____

Floor/Room No.: D - 26

Agent (s): Timothy M. Corsi

Case No. _____

Safe: _____ Cabinet: _____   Credenza: _____

Desk: _____   Drawer: ____

Other: _____   Shelf: _____

Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

N. 1

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _____     Date: _____

Subject Address: _____     Floor / Room No.: _____

Agent (s): _Thompson, Keith_____     Case No. _____

Safe: _____ Cabinet: _~~___~~_ Credenza: _____     Desk: _____ Drawer: _⊃4_

Other: _____ Shelf: _⊃4___     Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Drawers & Top of Counter      ( NiL )

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____  Date: _____

Subject Address: _____  Floor/Room No.: D-25

Agent (s): Timothy M. Corsi _____  Case No. _____

Safe: _____ Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| Nil |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White -   U.S. Magistrate (Return with Warrant)
                      Yellow -  Inspector (Attach to PS 714)
                      Pink -    Subject Searched
                      Green -   Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _____ / ____

Subject Name: _____

Date: _____

Subject Address: _____

Floor / Room No.: D-33

Agent (s): Timothy M. Corsi

Case No. _____

Safe: _____ Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: Cubicle _____   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____   Date: _____

Subject Address: _____   Floor/Room No.: __K3_____

Agent (s): __Jeffrey Chiang_____   Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

None

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ___

Subject Name: Benistar

Date: 5/26/11

Subject Address: _____

Floor/Room No.: _____

Agent (s): Payton

Case No. J6

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

no items found

DISTRIBUTION OF COPIES: White -   U.S. Magistrate  (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____   Date: _____

Subject Address: _____   Floor/Room No.: **J–3** _____

Agent (s): **Timothy M. Corsi** _____   Case No. _____

Safe: _____ (Cabinet:) _____   Credenza: _____ (Desk:) _____   Drawer: ____

(Other) **Vehicle** _____   Shelf: _____   Table: _____   Wall: _____

### DESCRIPTION OF ITEMS

**(NIL)**

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____  Date: _____

Subject Address: _____  Floor/Room No.: D-31

Agent (s): Timothy M. Corsi _____  Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Cubicle _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Nil

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page       of       pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____  Date: _____

Subject Address: _____  Floor/Room No.: J-12

Agent (s): Timothy M. Corsi _____  Case No. _____

Safe: _____ Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: _____  Table: _____  (Wall:) _____

## DESCRIPTION OF ITEMS

NIL

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                          Yellow -  Inspector (Attach to PS 714)
                          Pink -  Subject Searched
                          Green -  Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _____     Date: _____

Subject Address: _____     Floor/Room No.: J-13 _____

Agent (s): Timothy M. Corsi _____     Case No. _____

Safe: _____ Cabinet: _____     Credenza: _____     Desk: _____     Drawer: ____

(Other:) CLOSET     Shelf: _____     Table: _____     Wall: _____

| DESCRIPTION OF ITEMS |
| --- |
| NO RELEVANT MATERIALS - SUPPLY CLOSET. |
| NIL |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /____

Subject Name: _____

Date: _____

Subject Address: _____

Floor/Room No.: _J–11_

Agent (s): _Timothy M. Cosi_

Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: ____

Other: _Fax Machine_   Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

No RELEVANT MATERIALS

NIL

DISTRIBUTION OF COPIES:  White -   U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page        of        pages